**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

MACKENZIE GAINES,

        Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, and EQUIFAX INFORMATION
SERVICES, LLC,

        Defendants.

Case No. 5:25-cv-00869-J

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE C. McNAMARA**

Amelia Rae Ridgeway hereby requests, pursuant to LCvR83.3(b), that the Court allow Anne C. McNamara to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. in this case.

Amelia Rae Ridgeway hereby declares:

I am an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (State Bar No. 36905) and I am admitted to practice law in this Court. I hereby certify that Anne C. McNamara, of the firm Goodwin Procter, is a member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. I submit the Request for Admission *Pro Hac Vice* of Anne C. McNamara, attached hereto as Exhibit 1, so that she may appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. in this action.

WHEREFORE, I hereby request that the Court grant this Motion allowing Anne C. McNamara to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc.

I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

Dated:   June 23, 2026                    Respectfully submitted,

s/ *Amelia Rae Ridgeway*

Amelia Rae Ridgeway, OBA #36905
Jimmy K. Goodman, OBA #3451
Crowe Dunlevy
A Professional Corporation
Braniff Building
324 North Robinson Ave., Ste. 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
amy.ridgeway@crowedunlevy.com
jimmy.goodman@crowedunlevy.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all registered recipients.

_s/ Amelia Rae Ridgeway_