**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MACKENZIE GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-869-J |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendant Experian Information Solutions, Inc.'s motion to allow Anne C. McNamara to appear pro hac vice.  [Doc. No. 81].  The motion is GRANTED, and Anne C. McNamara is hereby admitted to practice before this Court for the limited purpose of participating in this case, provided counsel files an entry of appearance, consistent with LCvR 83.4.

IT IS SO ORDERED this 24th day of June, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE