THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | | |
|---|---|---|
| MACKENZIE GAINES | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 5:25-cv-00869-J |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION, | ) | |
| LLC, EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| Defendants. | | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND/OR FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Mackenzie Gaines respectfully submits this Notice of Supplemental Authority pursuant to LCvR 7.1(l).

1. Defendants have each filed motions seeking dismissal or judgment on the pleadings. Experian Information Solutions, Inc. filed its Motion to Dismiss for Lack of Article III Standing and for Judgment on the Pleadings on February 12, 2026. ECF Doc. No. 41. Trans Union LLC filed its Motion for Judgment on the Pleadings and supporting brief on April 14, 2026. ECF Doc. Nos. 59, 60. Equifax Information Services LLC filed its Motion to Dismiss for Lack of Article III Standing and for Judgment on the Pleadings

1

and Brief in Support on April 29, 2026. ECF Doc. No. 71.

2. Plaintiff has filed responses opposing each of those motions, including Plaintiff's Response to Experian's Motion to Dismiss and for Judgment on the Pleadings, ECF Doc. No. 42; Plaintiff's Response to Trans Union's Motion for Judgment on the Pleadings, ECF Doc. No. 72; and Plaintiff's Response to Equifax Information Services, LLC's Motion to Dismiss and for Judgment on the Pleadings, ECF Doc. No. 78.

3. On June 23, 2026, the United States District Court for the Southern District of Texas entered a Memorandum and Order in *Caleb v. Equifax Information Services, LLC*, No. 4:26-cv-00197 (S.D. Tex. June 23, 2026), denying Equifax's motion to dismiss under Rules 12(b)(1) and 12(b)(6) in a Fair Credit Reporting Act case involving allegations that Equifax failed to clearly and accurately disclose all information in the plaintiff's consumer file under 15 U.S.C. § 1681g.

4. A copy of the *Caleb v. Equifax Information Services, LLC* order is attached as Exhibit 1.

5. Plaintiff submits Caleb as supplemental authority relevant to issues already raised in Plaintiff's responses, including Article III standing, the scope of a consumer's "file" under § 1681g, whether a consumer request through AnnualCreditReport.com may support a § 1681g claim, the sufficiency of account-specific allegations of omitted or incomplete account information at the pleading stage, and whether disputes over omitted, retained, or unclearly disclosed file information may be resolved on the

2

pleadings.

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____
    JEFFREY A. WILSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Wednesday, June 24, 2026, the foregoing document was served on all required parties via the ECF system.

/s/ Jeffrey A. Wilson_____
Jeffrey A. Wilson

3