**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MACKENZIE GAINES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No. CIV-25-869-J |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.5, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Timothy J. O'Donnell III as counsel for Experian in this action and in support states as follows:

1. On September 2, 2025, Jimmy K. Goodwin of the law firm Crowe & Dunlevy appeared as counsel of record for Experian in this matter.

2. On April 10, 2026, Amelia Rae Ridgeway of the law firm Crowe & Dunlevy appeared as counsel of record for Experian in this matter.

3. On April 29, 2026, Timothy J. O'Donnell III of the law firm Jones Day appeared as counsel of record for Experian in this matter.

4. Crowe & Dunlevy will continue to represent Experian in this matter going forward. Accordingly, the withdrawal of Timothy J. O'Donnell III will not delay the adjudication of this matter or otherwise prejudice any party.

5.  Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Timothy J. O'Donnell III as counsel for Experian in this matter.


Dated: June 25, 2026                                    Respectfully submitted,


                                                        /s/ Timothy J. O'Donnell III
                                                        Timothy J. O'Donnell III
                                                        (*Pro Hac Vice*)
                                                        JONES DAY
                                                        2727 North Harwood St., Suite 500
                                                        Dallas, TX 75201
                                                        Phone: (214) 969-2927
                                                        Email: joeyodonnell@jonesday.com

                                                        *Attorney for Defendant*
                                                        *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

/s/ *Timothy J. O'Donnell III*
Timothy J. O'Donnell III

*Attorney for Defendant*
*Experian Information Solutions, Inc.*