**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MACKENZIE GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-869-J |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Timothy J. O'Donnell III's unopposed Motion to Withdraw as Counsel. [Doc. No. 84]. Upon review of the motion, the Court GRANTS the motion to withdraw. Timothy J. O'Donnell III is terminated as counsel of record for Defendant Experian Information Solutions, Inc.

IT IS SO ORDERED this 26th day of June, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE