## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MACKENZIE GAINES,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, and EQUIFAX INFORMATION
SERVICES, LLC,

     Defendants.

Case No. 5:25-cv-00869-J

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE AND *DAUBERT* MOTIONS

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants Experian Information Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union"), and Equifax Information Services, LLC ("Equifax") and Plaintiff Mackenzie Gaines (collectively, the "Parties") jointly move for an extension of time to file dispositive and *Daubert* motions. In support of this Joint Motion, the Parties state as follows:

1. Pursuant to the First Amended Scheduling Order [Doc. No. 54], the current deadline for the Parties to file all dispositive and *Daubert* motions is July 1, 2026.

2. Pending before the Court are three fully briefed motions filed by Defendants: (1) Experian's Motion to Dismiss for Lack of Article III Standing and for Judgment on the Pleadings [Doc. No. 41]; (2) Trans Union's Motion for Judgment on the Pleadings [Doc. No. 59]; and (3) Equifax's Motion to Dismiss for Lack of Article III Standing and for Judgment on the Pleadings [Doc. No. 71].

3. On May 15, 2026, the Court ordered that "all discovery in this action" be stayed [Doc. No. 79]. That Order did not, however, vacate or amend any non-discovery-related deadlines from the First Amended Scheduling Order [Doc. No. 54].

4. Rule 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." Rule 16's "good cause" standard requires a showing that "scheduling deadlines cannot be met despite [the parties'] diligent efforts." *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014).

5. Since the Court's Order on May 15, 2026, the Parties have honored the stay of discovery and have not sought production of documents or depositions. It would be premature to file any dispositive or *Daubert* motions while three fully briefed motions are pending and discovery has been stayed.

## RELIEF REQUESTED

WHEREFORE, the Parties respectfully request:

(1) an Order granting this Joint Motion for Extension of Time to File *Daubert* and Dispositive Motions;

(2) that the Court vacate the July 1, 2026 deadline for the filing of dispositive and *Daubert* motions, to be reset, if necessary, after the Court rules on Defendants' three pending motions to dismiss and motions for judgment on the pleadings [Doc. Nos. 41, 59, 71].

Dated:   June 30, 2026                    Respectfully submitted,


 s/ *Amanda Loughmiller*                  s/ *Amelia Rae Ridgeway*

Amanda Loughmiller, OBA #35383            Amelia Rae Ridgeway, OBA #36905
QUILLING, SELANDER, LOWNDS,               Jimmy K. Goodman, OBA #3451
WINSLETT & MOSER, P.C.                    CROWE DUNLEVY, P.C.
5801 Tennyson Parkway, Suite 440          Braniff Building
Plano, TX 75024                           324 N. Robinson Ave., Ste. 100
(214) 560-5455                            Oklahoma City, Oklahoma 73102
aloughmiller@qslwm.com                    (405) 235-7700
                                          amy.ridgeway@crowedunlevy.com
**Attorney for Defendant Trans Union**    jimmy.goodman@crowedunlevy.com
**LLC**

                                          **Attorneys for Defendant Experian**
                                          **Information Solutions, Inc.**


s/ *Jeffrey A. Wilson*                    s/ *Forrest M. "Teo" Seger III*

Jeffrey A. Wilson                         Forrest M. "Teo" Seger III
LAW BY JW, LLC                            CLARK HILL PLC
1590 Jonesboro Rd. SE #6839               2301 Broadway St.
Atlanta, GA 30315                         San Antonio, TX 78215
(832) 422-6362                            (210) 250-6000
jeff@lawbyjw.com                          tseger@clarkhill.com


**Attorney for Plaintiff Mackenzie**      **Attorney for Defendant Equifax**
**Gaines**                                **Information Services, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all registered recipients.

s/ *Amelia Rae Ridgeway*