**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Mackenzie Gaines, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 5:25-cv-00869-J |
| Equifax Information Services, LLC, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Experian Information Solutions Inc. .

(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Anne C McNamara          06/30/2026

Signature          Date

Anne C McNamara

Print Name

Goodwin Procter LLP

Firm

**Criminal Cases Only:**

☐ Retained or USA

100 Northern Ave.

Address

☐ CJA Appointment

Boston MA, 02210

City          State          Zip Code

☐ Federal Public Defender

(617)-570-1000

☐ Pro Bono

Telephone

☐ CJA Training Panel

AMcNamara@goodwinlaw.com

Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on June 30, 2026           , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                           , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Anne C McNamara

s/ Attorney Name