**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MACKENZIE GAINES,                                     )
                                                      )
            Plaintiff,                                )
                                                      )
v.                                                    )        Case No. CIV-25-869-J
                                                      )
EQUIFAX INFORMATION                                   )
SERVICES, LLC, et al.,                                )
                                                      )
            Defendants.                               )

**ORDER**

On May 15, 2026, the Court granted Defendant Trans Union LLC's motion to stay "all discovery in this action" pending the Court's ruling on its motion for judgment on the pleadings. [Doc. No. 79]. Currently pending is the parties' joint motion to extend the deadline to file dispositive and Daubert motions. [Doc. No. 86]. The parties contend that filing such motions "would be premature . . . while three fully briefed motions are pending and discovery has been stayed." *Id.* ¶ 5. They therefore request that the Court vacate the deadline for filing dispositive and Daubert motions and, if necessary, reset that deadline after ruling on Defendants' pending motions. [Doc. Nos. 41, 59, 71.]

Upon review, and for good cause shown, the motion [Doc. No. 86] is GRANTED. The Court STRIKES the remaining deadlines in the operative scheduling order [Doc. No. 54] and STRIKES this matter from the November trial docket.

IT IS SO ORDERED this 1st day of July, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE